No. 1802, Misc. YAGER *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1818, Misc. FINGAR *v.* UNITED STATES RAILROAD RETIREMENT BOARD. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 1819, Misc. TILLMAN *v.* MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 1823, Misc. SHAFFNER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1826, Misc. TEZAK ET AL. *v.* SERAPHIM, JUDGE, ET AL. Sup. Ct. Wis. Certiorari denied.

No. 1827, Misc. BROWN ET AL. *v.* BETHANIA HOSPITAL ET AL. C. A. 5th Cir. Certiorari denied.

No. 1830, Misc. HAINES *v.* LYNCH ET AL. C. A. 7th Cir. Certiorari denied.

No. 1836, Misc. MASSEN *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 1837, Misc. ALBANESE *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *William E. Hellerstein* and *Helaine Barnett* for petitioner. *Thomas J. Mackell* and *Peter J. O'Connor* for respondent.

No. 1844, Misc. BLYDEN *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.